United States District Court
for the Central District of Illinois
Urbana Division

United States of America,
    Plaintiff,

vs.

Andrew Dunn,
    Defendant

0753 2:17CR20009-002

## Motion to Withdraw

Now comes Diana Lenik, an attorney and for her Motion to Withdraw states as follows:

1. She is an attorney licensed to practice in the State of Illinois.

2. She is a CJA Panel Attorney for the Central District of Illinois.

3. She was appointed to represent defendant in this cause on or about July 11, 2017.

4. Defendant has entered a plea of guilty and this cause has been set for sentencing. The sentencing hearing has been continued several times for ~~various~~ reasons which are consistent with the ends of justice.

5. However, counsel has sold her practice and ~~generally~~ retired from the full time practice of law. This cause is now set for November 30,

2018) and if a further continuance is required, it will be set in the year 2019. That would require counsel to renew her license, insurance, etc., which she did not intend to do.

6. There will be no prejudice to defendant or the government if this motion is granted, due to the current posture of the case.

Wherefore, Diana Lenik prays that the Court grant her Motion to Withdraw and appoint new counsel for the defendant named herein.

Diana Lenik
Attorney
c/o Wyman LLC
202 S. Broadway #207
PO Box 722
Urbana, IL 61803