IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | )   NO.   17-CR-20009 |
| ANDREW NUNN, | ) |
| Defendant. | ) |

**MOTION TO SUPPLEMENT THE PRIOR PROBATION REPORT OF JUNE 18, 2018**

NOW COMES the Defendant, ANDREW NUNN, by and through his attorney, DONALD R. PARKINSON, and in support of this Motion, he states as follows:

1. That the Probation Office should re-examine his record and their report from a year ago. The new First Step Act might apply to his sentence. It appears that Mr. Nunn will be entitled to more good time credit under the new Act;

2. That prior appointed counsel, Diana Lenik, filed an objection to Paragraph 30 which suggested that Mr. Nunn should receive a five pont increase because one of the Co-Defendants waived a firearm. Mr. Nunn never had anything to do with the gun and did not know Mr. James had it. He should not be held responsible for the conduct of Thomas James;

3. That the Defendant, ANDREW NUNN, objects to the double use of the 3 point enhancement in Paragraphs 42 and 43. He was sentenced to concurrent terms in 2 cases. There should only be <u>one 3 point enhancement</u>; and,

4. That an update to the prior report should be filed prior to the Sentencing Hearing currently set for August 27, 2019.

WHEREFORE, the Defendant prays for the requested relief as stated herein.

Respectfully submitted,

ANDREW NUNN, Defendant

By: _/s/ Donald R. Parkinson_
Counsel

DONALD R. PARKINSON, ARDC 2145553
**PARKINSON LAW OFFICE**
123 W MAIN ST 2ND FLOOR
URBANA IL   61801
217-384-7111 (phone) 217-384-4206 (fax)
office@parkinsonlawoffice.com

## CERTIFICATE OF SERVICE

NOW COMES DONALD R. PARKINSON and states that he did on the 31 day of May, 20 19, deliver by U. S. Mail, a true copy of this document by mailing the same to the following:

ELLY M PEIRSON
ASSISTANT U S ATTORNEY
201 SOUTH VINE ST
URBANA IL   61802-3369

*/s/ Donald R Parkinson*